158 A.3d 72

Judith G. SAMER, Executrix of the Estate of
William R. Samer, Deceased, Petitioner

v.

Frank DASHNER, IV, City of Bethlehem Service Electric
Cable TV, Inc. and Altronics, Inc., Respondent

Judith G. Samer, Executrix of the Estate of
William R. Samer, Deceased, Petitioner

v.

Abe Alarm Service and Mark D. Withers, Individually,
t/a and d/b/a Abe Alarm Service, Respondent

No. 243 MAL 2016

Supreme Court of Pennsylvania.

September 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.